IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60107
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GERALD EDWARD DAVIS,
also known as Gerald E. Davis,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:98-CR-90-ALL-LS
- - - - - - - - - -
June 16, 2000

Before JOLLY, DAVIS, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Gerald Edward Davis appeals his conviction and sentence following a jury trial for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Davis argues that the district court erred when it denied his motion for judgment of acquittal asserting that the evidence at trial was insufficient to support the jury's verdict. *See United States v. Jones*, 133 F.3d 358, 362 (5th Cir.), *cert. denied*, 523 U.S. 1144 (1998)(this court reviews de novo the denial of a motion for

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

judgment of acquittal).  Specifically, Davis challenges the
conclusion that he possessed the firearms.

An undercover agent with the Bureau of Alcohol, Tobacco, and
Firearms, testified that he purchased several firearms from
Davis, while Davis was working at his wife's pawn shop.  Despite
Davis' testimony to the contrary, the agent's testimony supported
the conclusion that Davis possessed the firearms.  *See United
States v. Guerrero*, 169 F.3d 933, 939 (5th Cir. 1999)(holding
that this court must accept the credibility choices that support
the jury's verdict and will not re-weigh the evidence).
Accordingly, the district court's judgment is AFFIRMED.